Matter of Keyes (2023 NY Slip Op 05176)

Matter of Keyes

2023 NY Slip Op 05176

Decided on October 12, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 12, 2023

PM-240-23
[*1]In the Matter of Robert Haden Keyes, an Attorney. (Attorney Registration No. 2115699.)

Calendar Date:October 2, 2023

Before:Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and Fisher, JJ.

Robert Haden Keyes, Ridgefield, Connecticut, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Robert Haden Keyes was admitted to practice by this Court in 1987 and lists an address in Ridgefield, Connecticut with the Office of Court Administration. Keyes now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Keyes's application.
Upon reading Keyes's affidavit sworn to August 17, 2023 and filed August 21, 2023, and upon reading the September 22, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Keyes is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Lynch, Aarons, Reynolds Fitzgerald and Fisher, JJ., concur.
ORDERED that Robert Haden Keyes's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Robert Haden Keyes's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Robert Haden Keyes is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Keyes is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Robert Haden Keyes shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.